

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30775
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
GiaVanna Yvette Collins
    aka GiaVanna Yvette Haley
1220 El Paso Street
Kannapolis, NC 28083
Social Security No.: xxx–xx–3814

# ORDER GRANTING PAYMENT OF FILING FEE
# IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments according to the following terms:

$78.25 on or before 7/1/26

$78.25 on or before 8/1/26

$78.25 on or before 9/1/26

$78.25 on or before 10/1/26

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Dated: June 8, 2026                                        BY THE COURT


                                                           Laura T. Beyer
                                                           United States Bankruptcy Judge


Electronically filed and signed (6/8/26)