

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30775
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
  GiaVanna Yvette Collins
    aka GiaVanna Yvette Haley
  1220 El Paso Street
  Kannapolis, NC 28083
  Social Security No.: xxx–xx–3814

# NOTICE OF DEFICIENT FILING

**NOTICE IS HEREBY GIVEN** that the petition filed on behalf of the above–referenced debtor(s) did not include the following items:

  Local Form 13

**FURTHER NOTICE IS GIVEN** that if the above–referenced items are not filed with the Clerk of this Court within the time set forth in the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court, this case will be subject to dismissal by the Court.

Dated: June 8, 2026                                             Christine F Ramsey
                                                               Clerk of Court

Electronically filed and signed (6/8/26)