UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:        GIAVANNA YVETTE COLLINS

SSN# :   XXX-XX-3814        DEBTOR

Case No:  2630775

Petition File Date:  June 08, 2026

Original 341(a) Date: July 15, 2026

## PROCEEDINGS MEMO - SECTION 341(A) MEETING OF CREDITORS

Debtor,                                                    Joint Debtor (None)

Yes [ ✓ ]  No [   ]  Sworn/Affirmed and Examined

Yes [   ]  No [ ✓ ]  Personal Identity Confirmed

Yes [   ]  No [ ✓ ]  SSAN Confirmed

Yes [   ]  No [ ✓ ]  Debtor Certification Signed

Yes [   ]  No [ ✓ ]  521(e)(2)(A)(i) Tax Return/Transcript

( ____Not Required to File ____Extension Granted)

Debtor Attorney   PRO SE - NO ATTORNEY                 Present?  Yes [ ✓ ]  No [   ]

Creditors Present?  None [ ✓ ] _____

Address Change      Yes [   ]  No [   ] _____

Employment Change  Yes [   ]  No [   ] _____

Lis Pendens  Yes [   ]  No [   ]     DSO Notice  Yes [   ]  No [ ✓ ]    ACP  Above [   ]  Below [ ✓ ]

Plan Terms:  $ 454.00 _____  per month for   60 months _____   Lump Sum Payment _____

[   ] If applicable,  debtor consents to plan modification(s).

[   ] Trustee Recommends Confirmation

    [   ] Subject to receipt of first money by _____.

    [   ] Subject to _____

[ ✓ ] Trustee does not recommend Confirmation and will file:

    [ ✓ ] Objection to Confirmation/Motion to Dismiss _____

    ____Feasibility; ____Good Faith: ✓ Priority; ✓ Secured; ____Disposable Income; ____Best Int. of Creditors

    ____1325(a)(9) Taxes ____First Money

    [ ✓ ] Motion to Dismiss/Convert Case_____

    ____Failure to Proceed; ____First Money; ____Failure to Appear; ✓ Tax Returns 1308; ____521(e)(2)(A)(i); ____ Good Faith

[   ] Creditors' Meeting Continued to_____

    [   ] Yes   [   ] No   Debtor's Attendance Required at Continued Meeting

    [   ] Subject to receipt of first money by _____.

Remarks/Comments Debtor present via Zoom; debtor will have appraisal done on the kia; debtor needs to file her 2025 Income Tax Return; amend plan re car value and plan payment; amend Schedules I and J and take out Trustee's office.

Presiding Officer _____