UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:
GIAVANNA YVETTE COLLINS

CASE NO: 26-30775

Chapter 13

SSN# : XXX-XX-3814 DEBTOR

**OBJECTION OF TRUSTEE TO CONFIRMATION OF PLAN;**
**MOTION TO DISMISS**

The undersigned Chapter 13 Trustee hereby objects to confirmation of the proposed plan of the above -referenced debtor, and moves that the court dismiss the case pursuant to 11 USC Section 1307 (c).

In support of her objection, the trustee would show as follows:

**The proposed plan does not comply with the requirements of 11 USC Section 1322 (a) for the reason that it does not provide for the full payment of each priority unsecured claim.**

**The proposed plan does not comply with the requirements of 11 USC Section 1325 (a)(5) for the reason that it does not provide for the payment of the value of the amount of each allowed secured claim.**

**The debtor(s) have not filed all tax returns for the four (4) year period preceding the case file date, as required by 11 USC Section 1308.**

Wherefore, the trustee requests that the court set a hearing on her Objection and Motion, and that it grant such relief as is appropriate and just.

Dated: July 23, 2026

JENNY P. HOLMAN
Standing Chapter 13 Trustee
3800 Arco Corporate Dr, Suite 510
Charlotte, NC 28273

**** IMPORTANT INFORMATION ON REVERSE SIDE ****

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:
GIAVANNA YVETTE COLLINS — CASE NO: 26-30775

Chapter 13

SSN# : XXX-XX-3814 DEBTOR

**NOTICE OF OBJECTION OF TRUSTEE TO CONFIRMATION AND MOTION TO DISMISS PLAN**

The Chapter 13 trustee has filed papers in the bankruptcy case for the debtor to object to confirmation and to dismiss the case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested by the trustee in the objection and motion or if you want the court to consider your views on the objection and motion, you or your attorney must file with the court a written response to the objection and motion by August 13, 2026 at the following address:

CLERK, U.S. BANKRUPTCY COURT
401 W TRADE ST.
CHARLOTTE, NC 28202

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

A hearing will be held on the trustee's objection and motion will be held on **September 15, 2026 at 9:30 am** at the following address:

Charles Jonas Federal Building
3-Courtroom 2A
401 West Trade Street
Charlotte, NC 28202-1619

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and motion and may enter an order granting that relief.

Dated: July 23, 2026

JENNY P. HOLMAN
Standing Chapter 13 Trustee
3800 Arco Corporate Dr, Suite 510
Charlotte, NC 28273

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: CASE NO: 26-30775

GIAVANNA YVETTE COLLINS

Chapter 13

SSN# : XXX-XX-3814 DEBTOR

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on July 23, 2026 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: July 23, 2026

D. Fey
Office of the Chapter 13 Trustee

BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE 19886
BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238
CABARRUS COUNTY TAX COLLECTOR, PO BOX 707, CONCORD, NC 28026-0707
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CITADEL FEDERAL CREDIT UNION, 520 EAGLEVIEW BLVD, EXTON, PA 19341
CITIBANK N.A., 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108-3007
GIAVANNA YVETTE COLLINS, 1220 EL PASO STREET, KANNAPOLIS, NC 28083
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
KIA MOTOR FINANCE, 10550 TALBERT AVENUE, FOUNTAIN VALLEY, CA 92708
KIA MOTORS FINANCE COMPANY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728
LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108
MIDLAND CREDIT MANAGEMENT, PO BOX 939069, SAN DIEGO, CA 92123
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PA DEPARTMENT OF REVENUE, PO BOX 280504, HARRISBURG, PA 17128-0504
WELLS FARGO BANK NA, WELLS FARGO AUTO, PO BOX 169005, IRVING, TX 75016
WELLS FARGO BANK NA, WELLS FARGO AUTO, PO BOX 51963, LOS ANGELES, CA 90051-6263
WELLS FARGO DEALER SERVICES, PO BOX 71092, CHARLOTTE, NC 28272

Total Served:20