United States Bankruptcy Court

Western District of North Carolina

In re: Case No. 26-30775-ltb

GiaVanna Yvette Collins Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0419-3 User: admin Page 1 of 1

Date Rcvd: Aug 28, 2026 Form ID: 835 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GiaVanna Yvette Collins, 1220 El Paso Street, Kannapolis, NC 28083-6367 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jenny P. Holman | clttrusteejph@ch13clt.com |

TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30775
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
GiaVanna Yvette Collins
aka GiaVanna Yvette Haley
1220 El Paso Street
Kannapolis, NC 28083
Social Security No.: xxx–xx–3814

# NOTICE TO DEBTOR(S) OF REQUIREMENT FOR FINANCIAL MANAGEMENT CERTIFICATE

Pursuant to 11 U.S.C. §§ 111 and 1328(g) and Federal Rules of Bankruptcy Procedure 1007, individual debtors must complete an instructional course concerning personal financial management from an approved agency after filing a bankruptcy petition in order for the court to enter a discharge. A debtor who has completed an instructional course may satisfy the requirements of Federal Rules of Bankruptcy Procedure 1007(b)(7) by filing a certificate of completion by the approved agency that provided the course. **A review of this case reflects that the Certificate has not been filed in this case**.

If the required certificate referred to above is not filed by the date when the debtor makes the last payment required by the plan or the date when the debtor files a motion for discharge under 11 U.S.C. § 1328(b) , this case may be closed without entry of a discharge. If this case is closed without a discharge, any motion subsequently filed to reopen the case for the purpose of obtaining a discharge will require a filing fee. The fee to reopen a Chapter 13 case is currently $235.

A list of approved Debtor Education Providers is available on the Bankruptcy Administrator's website at www.ncwba.uscourts.gov.

Dated: August 28, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (8/28/26)