Local Form 4A

September 2021

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>GiaVanna Yvette Collins<br><br>TIN:<br><br>Debtor(s) | Case No. 26-30775<br><br>Chapter 13 |

FILED
U.S. Bankruptcy Court
Western District of NC
SEP 25 2026
Christine F. Ramsey, Clerk
Charlotte Division

**AMENDMENT TO CHAPTER 13 PLAN**
**AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN**
**FOR CASES FILED ON OR AFTER SEPTEMBER 1, 2021**

Check as applicable to this plan amendment:

| | | | | |
|---|---|---|---|---|
| **1.1** | **A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2)** | ☒ **Added** | ☐ **Removed** | ☐ **No Change** |
| **1.2** | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4)** | ☐ **Added** | ☐ **Removed** | ☐ **No Change** |
| **1.3** | **Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5)** | ☐ **Added** | ☐ **Removed** | ☐ **No Change** |
| **1.4** | **Request for assumption of executory contracts and/or unexpired leases (Part 6)** | ☐ **Added** | ☐ **Removed** | ☐ **No Change** |
| **1.5** | **Nonstandard provisions** | ☐ **Added** | ☐ **Removed** | ☐ **No Change** |

The Chapter 13 plan, including certain motions and other provisions, is hereby **amended** as follows:

*For each part of the Debtor's plan that is to be amended, the entire text of the part as amended must be included below.*

2.1 Debtor will make regular payments to te Chapter 13 Trustee as follows: $531.00 per month for 57 months.

The interest rate on the cram-down vehicle was raised to "8.75%"

The classification of the IRS debt was changed to "Unsecured, Priority".

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 plan carefully and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to confirm the Debtor's proposed plan as amended, or if you want the court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, N.C. 28202

Software Copyright (c) 1996-2026 Best Case, LLC. - www.bestcase.com

**Cases filed in the Statesville Division:**
Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Suite 2500, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 trustee will be served electronically. If any objections to confirmation are filed with the court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A).**

I declare under penalty of perjury that the information provided in this Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

Dated: September 25, 2026

GiaVanna Yvette Collins
Debtor's Signature

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a coy of this document.

Dated: September 25, 2026

Attorney for Debtor

[Attach Certificate of Service if Served on Creditor(s)]

FILED
U.S. Bankruptcy Court
Western District of NC

SEP 25 2026

Christine F. Ramsey, Clerk
Charlotte Division

UNITED STATES BANKRUPTCY COURT
Western District of North Carolina
Charlotte Division

In Re:
GIAVANNA YVETTE COLLINS
Debtor

Case No. 26-30775

SSN: XXX-XX-3814

Chapter 13

## CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the attached document that was filed with the Clerk of Court on September 25, 2026 via the CM/ECF filing system. Non-ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: September 25, 2026

GiaVanna Y. Collins, Debtor, Pro Se

JENNY P. HOLMAN. STANDING CHAPTER 13 TRUSTEE, 3800 ARCO CORPORATE DR, SUITE 510, CHARLOTTE, NC 28273
BANK OF AMERICA, PO BOX 15019, WILMINGTON, DE 19886
BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238
CABARRUS COUNTY TAX COLLECTOR, PO BOX 707, CONCORD, NC 28026-0707
CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130
CITADEL FEDERAL CREDIT UNION, 520 EAGLEVIEW BLVD, EXTON, PA 19341
CITIBANK N.A., 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108-3007
GIAVANNA YVETTE COLLINS, 1220 EL PASO STREET, KANNAPOLIS, NC 28083
INTERNAL REVENUE SERVICE, PO BOX 7317, INSOLVENCY REMITTANCE, PHILADELPHIA, PA 19101-7317
INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346
KIA MOTOR FINANCE, 10550 TALBERT AVENUE, FOUNTAIN VALLEY, CA 92708
KIA MOTORS FINANCE COMPANY, PO BOX 20825, FOUNTAIN VALLEY, CA 92728
LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602
LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587
MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SAN DIEGO, CA 92108
MIDLAND CREDIT MANAGEMENT, PO BOX 939069, SAN DIEGO, CA 92123
NC DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, PO BOX 1168, RALEIGH, NC 27602-1168
PA DEPARTMENT OF REVENUE, PO BOX 280504, HARRISBURG, PA 17128-0504
WELLS FARGO BANK NA, WELLS FARGO AUTO, PO BOX 169005, IRVING, TX 75016
WELLS FARGO BANK NA, WELLS FARGO AUTO, PO BOX 51963, LOS ANGELES, CA 90051-6263
WELLS FARGO DEALER SERVICES, PO BOX 71092, CHARLOTTE, NC 28272

Total Served: 21