UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

GIAVANNA YVETTE COLLINS CASE NO: 26-30775

DEBTOR CHAPTER 13

**OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

NOW COMES Citadel Credit Union ("CCU"), through counsel, and objects to confirmation of the Amended Chapter 13 Plan (D.E. # 26 & 27; "Plan") filed by the Debtor in this matter. In support of this Objection, CCU shows the Court the following:

1. The Debtor filed a voluntary Petition for relief under Chapter 13 on June 8, 2026.

2. Debtor's original Chapter 13 Plan was filed on June 8, 2026. Amended plans were subsequently filed on September 11, 2026, September 25, 2026, and again on September 25, 2026 (D.E. 27).

3. CCU is a creditor of the Debtor and filed Proof of Claim #3-1 on June 25, 2026 asserting a secured claim against the Debtor based upon a lien against a 2023 Kia Telluride bearing VIN 5XYP5DGC1PG330063 (the "Vehicle").

4. Debtor's Plan values the Vehicle at $20,385.00 and notes damage to the vehicle. Debtor does not disclose in the Plan when the damage to the Vehicle occurred, pre or post-petition. Upon information and belief, Debtor did not notify CCU of the Vehicle's condition prior to the Plan's filing.

5. Debtor's Plan, Section 8.1.1. indicates that the Vehicle is insured, however, Exhibit B, to Debtor's *Debtor's Opposition to Trustee's Objection to Confirmation of Plan & Motion to Dismiss* (D.E. 28) indicates otherwise. Exhibit B, a Preliminary Repair Estimate prepared by Caliber Collision lists the insurance

company as "customer pay."

6. Under Section 2d of the *Retail Installment Sale Contract* that serves as the basis of CCU's claim, at the time that CCU agreed to finance Debtor's purchase of the Vehicle, Debtor agreed to the following provision: "If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle." The status of the insurance proceeds, if any, is not clear and not accounted for in the Plan.

7. CCU does not accept the Debtor's Plan and the treatment of its claim and therefore objects to confirmation of the Plan pursuant to § 1325(a)(5) of the Bankruptcy Code.

8. CCU reserves the right to make additional objections to confirmation of the Plan at a hearing before the Court.

WHEREFORE, Citadel Credit Union respectfully prays the Court as follows:

1. That the Court deny confirmation of the Debtor's Plan as concerns Citadel Credit Union;

2. That the Court conduct a hearing on the Plan and on this Objection; and

3. For such other and further relief as the Court deems just and proper.

Dated: 10/15/2026

s/Joseph J. Vonnegut
Joseph J. Vonnegut
N.C. Bar 32974
Email: joe.vonnegut@dhwlegal.com

s/John C. Bircher III
John C. Bircher III
Email: john.bircher@dhwlegal.com

DAVIS HARTMAN WRIGHT LLP
209 Pollock Street
New Bern, NC 28560
Tel/Fax: (252) 262-7055

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:

| | |
|---|---|
| GIAVANNA YVETTE COLLINS | CASE NO: 26-30775 |
| DEBTOR | CHAPTER 13 |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that the Court will conduct a hearing on October 27, 2026 at 9:30 a.m. located at U.S. Bankruptcy Court, 401 West Trade Street, Courtroom 2A, Charlotte, NC 28202 to consider Citadel Credit Union's Objection to Confirmation of Debtor's Amended Chapter 13 Plan.

Dated: 10/15/2026

s/Joseph J. Vonnegut
Joseph J. Vonnegut
N.C. Bar No. 32974
Davis Hartman Wright, LLP
209 Pollock Street
New Bern, NC 28560
Tel/Fax: (910) 218-7613
Email: joe.vonnegut@dhwlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he served a copy of the Objection to Confirmation of Debtor's Amended Chapter 13 Plan and Notice of Hearing on the following parties in interest, as indicated:

GiaVanna Yvette Collins
1220 El Paso Street
Kannapolis, NC 28083

Jenny P. Holman
*Chapter 13 Trustee*
(by CM/ECF)

Dated: 10/15/2026

s/Joseph J. Vonnegut
Joseph J. Vonnegut
N.C. Bar No. 32974
Davis Hartman Wright, LLP
209 Pollock Street
New Bern, NC 28560
Tel/Fax: (910) 218-7613
Email: joe.vonnegut@dhwlegal.com