FILED & JUDGMENT ENTERED
Christine F. Ramsey

November 2 2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

Laura T. Beyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
GIAVANNA YVETTE COLLINS

SSN#: XXX-XX-3814

Chapter 13
CASE NO: 26-30775
Related Document #:16

**ORDER**

ON 10/27/2026, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Trustee's Objection to Confirmation and Motion to Dismiss

GIAVANNA YVETTE COLLINS Present
Creditor Present

**AND, THIS COURT FINDS AND CONCLUDES** that:

Cause shown to sustain Trustee's Objection to Confirmation.

**IT IS, THEREFORE, ORDERED** that:

Motion to Dismiss is continued to December 8, 2026 at 9:30 am.

The debtor shall file a new plan within 30 days of the October 27, 2026 hearinig.

Location: Charles Jonas Federal Building
3-Courtroom 2A
401 West Trade Street
Charlotte, NC 28202-1619

Objection is Sustained.

This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.

United States Bankruptcy Court

{:20261030114101:}