**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:
GIAVANNA YVETTE COLLINS

SSN# : XXX-XX-3814

CASE NO: 26-30775

Related Document #: 37

## CERTIFICATE OF SERVICE

This is to certify that I have this day served each party or counsel of record indicated on the list below with a copy of the Order Objection that was filed with the Clerk of Court on 11/02/2026 via the CM/ECF filing system. Non -ECF users were served by depositing in the United States mail a copy of the same in a properly addressed envelope with first class postage thereon. ECF users were served electronically.

Service Date: 11/3/2026

L. Wilkins-Austin
Office of the Chapter 13 Trustee

GIAVANNA YVETTE COLLINS, 1220 EL PASO STREET, KANNAPOLIS, NC 28083

Total Served: 1